UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * Case No. 1: 18-cr-10411-IT |
| SNOLBERT RAMIREZ-SANDOVAL. | * |

ORDER

December 15, 2021

TALWANI, D.J.

On September 12, 2018, Defendant Snolbert Ramirez-Sandoval posted bail in accordance with his condition of pre-trial release. Receipt #1BST070362 [#22]. On July 14, 2021, Defendant was sentenced to a term of imprisonment of 24 months, which he is currently serving in the custody of the Bureau of Prisons. Accordingly, the court grants Defendant's Motion for Release of Funds [#169] and directs the return of his cash bail.

IT IS SO ORDERED.

December 15, 2021

*/s/ Indira Talwani*
United States District Judge